THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SADIE BETAR, Appellant.

*Crimes — keeping disorderly house — judgment of conviction affirmed.*

People v. Betâr, 211 App. Div. 829, affirmed.

(Argued January 26, 1925; decided February 25, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1924, which affirmed a judgment of the Court of Special Sessions of the city of Albany, convicting the defendant of the crime of keeping a disorderly house.

*Andrew J. Nellis* for appellant.

*Charles J. Herrick, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.